*1078 513 U. S. 925;
513 U. S. 504;
513 U. S. 1189;
513 U. S. 1146;
513 U. S. 1150;
513 U. S. 1150;
513 U. S. 1145;
513 U. S. 1153;
513 U. S. 1153;
513 U. S. 1155;
513 U. S. 1192;
513 U. S. 1156;
513 U. S. 1157;
ante, p. 1005;
513 U. S. 1129;
513 U. S. 1117;
513 U. S. 1159;
513 U. S. 1193;
513 U. S. 1161;
513 U. S. 1162;
*1079 No. 94-7181.
No. 94-7187.
No. 94-7188.
No. 94-7220.
No. 94-7272.
No. 94-7292.
No. 94-7326.
No. 94-7362.
No. 94-7465.
No. 94-7478.
No. 94-7532.
No. 94-7536.
No. 94-7543.
No. 94-7568.
No. 94-7685.
No. 94-7917.
513 U. S. 1162;
513 U. S. 1162;
513 U. S. 1162;
513 U. S. 1163;
513 U. S. 1165;
513 U. S. 1166;
513 U. S. 1167;
513 U. S. 1168;
513 U. S. 1173;
513 U. S. 1174;
513 U. S. 1176;
513 U. S. 1194;
513 U. S. 1194;
513 U. S. 1145;
513 U. S. 1181; and
513 U. S. 1189. Petitions for rehearing denied.